UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

**SEALED**

v.

CASE NO. 8:17-cr-21-T-24TBM
21 U.S.C. §§ 959, 963
46 U.S.C. §§ 70503(a), 70506(a) and (b)

GEOVANNI DIVAS-ESTRADA,
BRANDON GEOVANNI DIVAS-ARGUETA, and
GERMAN ALFREDO CORTEZ-MELGAR

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From an unknown date, continuing thereafter up to and including the date of this Indictment, in the Middle District of Florida and elsewhere, the defendants

GEOVANNI DIVAS-ESTRADA,
BRANDON GEOVANNI DIVAS-ARGUETA, and
GERMAN ALFREDO CORTEZ-MELGAR

did knowingly and willfully conspire with other persons whose names are known and unknown to the Grand Jury to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, knowing and intending that such substance would be unlawfully imported into the United States.

All in violation of 21 U.S.C. §§ 959, 963 and 960(b)(1)(B)(ii).

## COUNT TWO

From an unknown date, continuing thereafter up to and including the date of this Indictment, in the Middle District of Florida and elsewhere, the defendants

GEOVANNI DIVAS-ESTRADA,
BRANDON GEOVANNI DIVAS-ARGUETA, and
GERMAN ALFREDO CORTEZ-MELGAR

did knowingly and willfully conspire with other persons whose names are known and unknown to the Grand Jury to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, while onboard a vessel subject to the United States.

All in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b) and 21 U.S.C. § 960(b)(1)(B)(ii).

## FORFEITURE

1. The allegations contained in Counts One and Two are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to provisions of 21 U.S.C. §§ 853, 881(a) and 970, 28 U.S.C. § 2461(c), and 46 U.S.C. § 70507.

Upon conviction of any or all violations charged in Count One, the

Defendants, GEOVANNI DIVAS-ESTRADA, BRANDON GEOVANNI DIVAS-ARGUETA, and GERMAN ALFREDO CORTEZ-MELGAR shall forfeit to the United States of America, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

3. Upon their conviction of any of the violations alleged in Count Two of this Indictment, in violation of 46 U.S.C. § 70503, the defendants, GEOVANNI DIVAS-ESTRADA, BRANDON GEOVANNI DIVAS-ARGUETA, and GERMAN ALFREDO CORTEZ-MELGAR shall forfeit to the United States, pursuant to 46 U.S.C. § 70507, 21 U.S.C. § 881(a), and 28 U.S.C. § 2461(c), all property subject to forfeiture pursuant to 21 U.S.C. § 881(a)(1) through (11) that was used or intended for use to commit, or facilitate the commission of, such offenses.

4. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Rebecca L. Castaneda
Assistant United States Attorney

By: _____
Joseph K. Ruddy
Assistant United States Attorney
Chief, Narcotics Section

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

GEOVANNI DIVAS-ESTRADA,
BRANDON GEOVANNI DIVAS-ARGUETA, and
GERMAN ALFREDO CORTEZ-MELGAR

## INDICTMENT

Violations:  21 U.S.C. §§ 959, 963
46 U.S.C. §§ 70503(a), 70506(a) and (b)

A true bill,

_____
Foreperson

Filed in open court this 17th day

of January, 2017.

_____
Clerk

Bail   $_____

GPO 863 525