# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Geovanni Divas-Estrada | Case No: 8:17-cr-00021-MSS-CPT<br>USM No: 69969-018<br>PACTS#: 4492793 |
| Date of Original Judgment: 08/28/2018<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | Cynthia J. Hernandez<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is **DENIED**.

The Court need not determine whether Defendant meets these criteria because a reduction of his sentence would be inconsistent with the applicable policy statements for Amendment 821. Although the Defendant was assessed zero criminal history points, Part B, subpart 1, of Amendment 821 cannot be applied retroactively to his sentence because the Defendant does not meet the criteria set forth at USSG § 4C1.1.

USSG § 4C1.1 provides that a defendant may only receive a two-level reduction to his sentence under Amendment 821 if he meets certain criteria, including that the defendant did not receive an adjustment under USSG § 3B1.1 (Aggravating Role) at the time of sentencing and that he was not engaged in a continuing criminal enterprise, as defined in 21 U.S.C. § 848. See § 4C1.1(a)(10). USSG § 3B1.1 provides for a four level enhancement if the defendant was an organizer or leader of a criminal activity that involved five or more participants or was otherwise extensive. See USSG § 3B1.1(a). Here, Defendant received a four-level enhancement under USSG § 3B1.1(a) at the time of sentencing because he was a principle member and organizer of his drug trafficking organization and he organized several maritime smuggling operations that were extensive and involved multiple participants. Thus, because Defendant does not meet the full criteria at § 4C1.1(a)(10), he is ineligible for a reduction to his sentence.

Except as otherwise provided, all provisions of the judgment dated   08/28/2018   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   08/09/2024

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE